# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VILLANUEVA APARTMENTS, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-17-1822 |
| COURTNEY VASQUEZ, | § § § | |
| *Defendant*. | § § | |

## ORDER TO REMAND

Pending before the court is a memorandum and recommendation ("M&R") entered by the Magistrate Judge on July 24, 2017. Dkt. 7. The Magistrate Judge recommends that the court grant plaintiff Villanueva Apartments' motion to remand (Dkt. 6). *Id.* Defendant Courtney Vasquez did not respond to Villanueva Apartments' motion to remand and did not file any objections to the M&R. After reviewing the M&R, the motion to remand, and applicable law, the court is in agreement with the Magistrate Judge that the court lacks subject matter jurisdiction. The court finds no clear error on the face of the record. Accordingly, the M&R is **ADOPTED IN FULL**, and Villanueva Apartments' motion to remand is **GRANTED**. Costs, expenses, and attorney's fees are **DENIED**. The case is **REMANDED** to the Justice Court of Harris County, Texas, Precinct One, Place One.

Signed at Houston, Texas on October 16, 2017.

_____
Gray H. Miller
United States District Judge